**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ALEX OYOLA,

          Plaintiff,

vs.                                                        Case No. 3:10-cv-645-J-32MCR

WORLDWIDE EXPRESS,

          Defendant.
_____

**ORDER**

This case is before the Court on the Magistrate Judge's November 8, 2010 Report and Recommendation (Doc. 12). No objections were filed and the time in which to do so has now passed. Upon independent de novo review, it is hereby

**ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 12) is **ADOPTED** as the opinion of the Court.

2. The parties' Joint Motion to Approve Amended Settlement and Release Agreement and to Dismiss with Prejudice Plaintiff's Complaint (Doc. 11) is **GRANTED** to the extent that the Amended Settlement and Release Agreement (attached to Doc. 11 as Exhibit A) is **APPROVED.**

3. This case is **DISMISSED WITH PREJUDICE** pursuant to the agreement of the parties.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of December, 2010.

_____
TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record